ORIGINAL

KENNETH M. SORENSON
United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 8 2026

at____ o'clock and____ min.____M
Lucy H. Carrillo, Clerk

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ERIC LEE BOLTZ,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CR 26 - 00065 JMS

INDICTMENT

[18 U.S.C §§ 875(c) and 2261A(2)]

## INDICTMENT

The Grand Jury charges:

## Count 1
### Cyberstalking
### (18 U.S.C. § 2261A(2))

From at least on or about December 4, 2025 to on or about December 15, 2025, in the District of Hawaii and elsewhere, ERIC LEE BOLTZ, the defendant, with intent to harass and intimidate, used an interactive computer service and an electronic communications service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including telephone calls and voicemails, to engage in a course of conduct that placed Victim 1 and an immediate family member of Victim 1 in reasonable fear of death and serious bodily injury to Victim 1 and an immediate family member of Victim 1, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 1 and an immediate family member of Victim 1.

All in violation of Title 18, United States Code, Section 2261A(2).

## Count 2
### Transmitting a Threat in Interstate Commerce
### (18 U.S.C. § 875(c))

On or about December 4, 2025, in the District of Hawaii and elsewhere, ERIC LEE BOLTZ, the defendant, knowingly and willfully transmitted in interstate and foreign commerce a communication to Victim 1, and the

2

communication contained a threat to injure people, including Victim 1, Victim 2, and Victim 3, specifically a threat to kill Victim 1, Victim 2, and Victim 3.

All in violation of Title 18, United States Code, Section 875(c).

Count 3
Transmitting a Threat in Interstate Commerce
(18 U.S.C. § 875(c))

On or about December 9, 2025, in the District of Hawaii and elsewhere, ERIC LEE BOLTZ, the defendant, knowingly and willfully transmitted in interstate and foreign commerce a communication to Victim 1, and the communication contained a threat to injure people, including Victim 1 and Victim 2, specifically a threat to sexually assault Victim 2 and kill Victim 1 and Victim 2.

All in violation of Title 18, United States Code, Section 875(c).

Count 4
Transmitting a Threat in Interstate Commerce
(18 U.S.C. § 875(c))

On or about December 13, 2025, in the District of Hawaii and elsewhere, ERIC LEE BOLTZ, the defendant, knowingly and willfully transmitted in interstate and foreign commerce a communication to Victim 1, and the communication contained a threat to injure people, including Victim 1 and Victim 2, specifically a threat to sexually assault Victim 2 and kill Victim 1.

All in violation of Title 18, United States Code, Section 875(c).

Count 5
Transmitting a Threat in Interstate Commerce
(18 U.S.C. § 875(c))

On or about December 14, 2025, in the District of Hawaii and elsewhere,

ERIC LEE BOLTZ, the defendant, knowingly and willfully transmitted in

interstate and foreign commerce a communication to Victim 1, and the

communication contained a threat to injure people, including Victim 1 and Victim

2, specifically a threat to sexually assault Victim 2 and kill Victim 1 and Victim 2.

All in violation of Title 18, United States Code, Section 875(c).

DATED: June 18, 2026, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENNETH M. SORENSON
United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant U.S. Attorney

United States v. Eric Lee Boltz
Indictment
Case No. CR 26-00065 JMS

4